```
               IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF OHIO
                          EASTERN DIVISION
```

Leroy Trout, et al.,

    Plaintiffs,

  v.                                Case No. 2:13-cv-606

Donna Miller, et al.,

    Defendants.

## ORDER

This matter is before the court on the July 22, 2013, report and recommendation of the magistrate judge that the above case be dismissed due to the failure to pay the filing fee or to file an application for leave to proceed <u>in forma pauperis</u>, and the parties' failure to appear for a hearing scheduled on July 16, 2013, on the issue of whether the case should be allowed to proceed. The parties were advised in the report and recommendation that objections were due within fourteen days, and that the failure to object would result in a waiver of the right to de novo review of the report and recommendation by this court. The time for filing objections has expired, and no objections have been filed.

Accordingly, the court hereby adopts the report and recommendation (Doc. 5), and this action is dismissed.

Date: August 9, 2013                    <u>    s/James L. Graham    </u>
                                                James L. Graham
                                                United States District Judge